**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

STACY KING, ADC #119212                                                         PETITIONER

v.                                          NO. 5:09CV00357 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                      RESPONDENT

<u>**JUDGMENT**</u>

  Pursuant to the Order entered separately today, Stacy King's petition for writ of habeas corpus is dismissed with prejudice.  A certificate of appealability is granted on the issue of whether King's petition is barred by the period of limitations and on the issue of whether he should be granted relief from the limitations by virtue of the doctrine of equitable tolling.

  IT IS SO ORDERED this 5th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE